A96A1890. MITCHELL v. THE STATE.
(498 SE2d 175)

MCMURRAY, Presiding Judge.

The Supreme Court of Georgia having reversed the judgment of this Court in *Mitchell v. State*, 225 Ga. App. 520 (484 SE2d 271), this Court's judgment is hereby vacated and the judgment of the Supreme

---

Court of Georgia in *Mitchell v. State*, 268 Ga. 592 (492 SE2d 204) is made the judgment of this Court.

*Judgment reversed. Johnson and Ruffin, JJ., concur.*

DECIDED JANUARY 7, 1998.

*Timothy T. Herring*, for appellant.

*Tommy K. Floyd, District Attorney, Mark S. Daniel, Assistant District Attorney*, for appellee.